UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CURTIS HOWARD,

                                    Plaintiff,                    25-CV-04778 (LAK)(SN)

          -against-                                                      **ORDER**

EQUINOX FITNESS CLUB and LOGAN
TIMBERLAKE,

                                  Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff filed a Complaint on June 6, 2025. Plaintiff has not requested issuance of summonses from the Clerk of Court. Plaintiff is directed to file requests for issuance of summonses no later than August 22, 2025. Plaintiff shall promptly serve Defendants within 90 days of the issuance of the summonses and file proof of such service on the docket.

SO ORDERED.

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      August 15, 2025
                  New York, New York